

**United States District Court**
**Eastern District of California**



FILED

MAR 1 0 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| JAMES ALMOND |
|---|

Plaintiff(s)

V.

| THE FEDERAL SAVINGS BANK |
|---|

Defendant(s)

Case Number: | 1:25-cv-01557 |

**APPLICATION FOR PRO HAC VICE**
**AND PROPOSED ORDER**

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Erin Tuck _____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Defendant, The Federal Savings Bank

On _____11/05/2021_____ (date), I was admitted to practice and presently in good standing in the
_____State of Florida_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date:_____03/09/2026_____          Signature of Applicant: /s/ Erin Tuck _____

**Pro Hac Vice Attorney**

Applicant's Name: Erin Tuck

Law Firm Name: Mitchell Sandler PLLC

Address: 2020 K Street NW

Suite 760

City: Washington    State: DC    Zip: 20006

Phone Number w/Area Code: (202) 886-5260

City and State of Residence: Washington, D.C.

Primary E-mail Address: etuck@mitchellsandler.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Cherie M. Sutherland

Law Firm Name: Hayes Scott Bonino Ellingson & Guslani LLP

Address: 333 Twin Dolphin Drive

Suite 230

City: Redwood City    State: CA    Zip: 94065

Phone Number w/Area Code: (650) 637-9100    Bar # 217992

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 3/10/26

_____
JUDGE, U.S. DISTRICT COURT



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida          )

County of Leon          )

In Re:  1033262
Erin Elizabeth Tuck
Ms. Erin Tuck
300 S Orange Ave Ste 1600
Orlando, FL 32801-3382

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **November 5, 2021**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  9th  day of **March, 2026**.



Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-398851