

**United States District Court**
**Eastern District of California**



**FILED**

MAR 1 0 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ FMN
　　　　　　　DEPUTY CLERK

| JAMES ALMOND |
|---|

Plaintiff(s)

V.

| THE FEDERAL SAVINGS BANK |
|---|

Defendant(s)

Case Number: | 1:25-cv-01557 |

**APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER**

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

V. Amanda Witts _____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Defendant, The Federal Savings Bank

On _____11/09/2023_____ (date), I was admitted to practice and presently in good standing in the

_____District of Columbia_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____03/09/2026_____　　　Signature of Applicant: /s/ V. Amanda Witts _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | V. Amanda Witts |
| Law Firm Name: | Mitchell Sandler PLLC |
| Address: | 2020 K Street NW |
| | Suite 760 |
| City: | Washington    State: DC    Zip: 20006 |
| Phone Number w/Area Code: | (202) 886-5260 |
| City and State of Residence: | Bala Cynwyd, PA |
| Primary E-mail Address: | v.awitts@mitchellsandler.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Cherie M. Sutherland |
| Law Firm Name: | Hayes Scott Bonino Ellingson & Guslani LLP |
| Address: | 333 Twin Dolphin Drive |
| | Suite 230 |
| City: | Redwood City    State: CA    Zip: 94065 |
| Phone Number w/Area Code: | (650) 637-9100    Bar # 217992 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 3/10/26

_____
JUDGE, U.S. DISTRICT COURT

 

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Venyckles Amanda Witts*

was duly qualified and admitted on November 9, 2023 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 09, 2026.*

JULIO A. CASTILLO
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*