UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALMOND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE FEDERAL SAVINGS BANK AND FREERATEUPDATE.COM, LLC.<br><br>Defendants. | Case No. 1:25-cv-01557-JLT-EPG<br><br>ORDER RE: VOLUNTARY DISMISSAL OF DEFENDANT FREERATEUPDATE.COM, LLC. PURUSANT TO RULE 41(a)(1)(A)(i)<br><br>(ECF No. 26). |

On May June 3, 2026, Plaintiff James Almond filed a notice of dismissal, stating the following:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff James Almond hereby gives notice that his claims against FreeRateUpdate.com LLC, are hereby voluntarily dismissed without prejudice as with each party to bear its own costs and attorneys' fees.

(ECF No. 26).

In light of the Plaintiff's notice, Defendant FreeRateUpdate.com, LLC., has been terminated from this action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and Plaintiff's claims against Defendant FreeRateUpdate.com, LLC., have been dismissed.

\\\

\\\

\\\

\\\

\\\

1

The Clerk of the Court is respectfully directed to indicate on the docket that Defendant FreeRateUpdate.com, LLC., has been terminated as a party to this action.

IT IS SO ORDERED.

Dated:   **June 4, 2026**              /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE