Carly M. Roman (SBN 349895)
Andrew Gunem (SBN 354042)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com
agunem@straussborrelli.com

*Counsel for Plaintiff and Putative Class*

Stephen M. Hayes (SBN 83583)
Cherie M. Sutherland (SBN 217992)
**HAYES SCOTT BONINO ELLINGSON & GUSLANI LLP**
333 Twin Dolphin Drive, Suite 230
Redwood City, California 94065
Telephone: (650) 637-9100
shayes@hayesscott.com
csutherland@hayesscott.com

V. Amanda Witts (*pro hac vice*)
Erin Tuck (*pro hac vice*)
**MITCHELL SANDLER PLLC**
2020 K Street NW, Suite 760
Washington DC, 20006
Telephone: (202) 886-5260
v.awitts@mitchellsandler.com
etuck@mitchellsandler.com

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**AT FRESNO**

| | |
|---|---|
| JAMES ALMOND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE FEDERAL SAVINGS BANK,<br><br>Defendant. | Case No. 1:25-cv-01557-JLT-EPG<br><br>Hon. District Judge Jennifer L. Thurston<br><br>**ORDER GRANTING JOINT MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF ILLINOIS**<br><br>DATE: Friday, November 13, 2026<br>TIME: 9:00 A.M. (Without Oral Argument)<br>CTRM: 4; 7th Floor |

THIS MATTER having come before the Court on the Parties' Joint Motion to Transfer Venue pursuant to 28 U.S.C. § 1404(a), and the Court having considered the Joint Motion, the Memorandum in Support thereof, and the record in this action, and finding that transfer to the United States District Court for the Northern District of Illinois is appropriate,

IT IS HEREBY ORDERED that the Parties' Joint Motion to Transfer Venue is GRANTED. Pursuant to 28 U.S.C. § 1404(a), this action is transferred to the United States District Court for the Northern District of Illinois. The Clerk of Court shall take all necessary steps to effectuate the transfer of this action to the United States District Court for the Northern District of Illinois.

IT IS SO ORDERED.

Dated: October 14, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE